**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court
Eastern District of Virginia
1100 East Main Street
Richmond, VA 23219

**Case Number** 03–41058–DOT
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Timothy S. Schneider
fdba Timmy's Towing
12057 Hanover Courthouse Road
Hanover, VA 23069

Melissa W. Schneider
12057 Hanover Courthouse Road
Hanover, VA 23069

Social Security No.:
Debtor: xxx–xx–5835

Joint Debtor: xxx–xx–6343

Employer's Tax I.D. No.:
Debtor: NA

Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: March 5, 2004

William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/03)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

8-DOT   Doc 11   Filed 03/07/04   Entered 03/09/04 08:30:45   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0422-7          User: admin              Page 1 of 1              Date Rcvd: Mar 05, 2004
Case: 03-41058                Form ID: B18             Total Served: 38
```

The following entities were served by first class mail on Mar 07, 2004.
```
db        Timothy S. Schneider,    12057 Hanover Courthouse Road,    Hanover, VA  23069
jdb       Melissa W. Schneider,    12057 Hanover Courthouse Road,    Hanover, VA  23069
aty       Charles H. Krumbein,     Krumbein & Associates,    1650 Willow Lawn Dr., Suite 300,
           Richmond, VA  23230
tr        Roy M. Terry, Jr.,    DurretteBradshaw, P.L.C.,    P.O. Box 2188,   Richmond, VA  23218-2188
5820511   AOL,   PO Box 17400,    Jacksonville, FL 32245-7400
5820510   Alltel Communications,    C/O Nationwide Credit Inc,    PO Box 740624,    Atlanta, GA 30374-0624
5820512   Blockbuster,    2621 W. Hundred Road,    Chester, VA 23831
5820513   Bombay Credit Card Plan,    2174 Jackson Ave.,    Seaford, NY 11783-2608
5820514   Caudle & Ballato, P.C.,    3123 West Broad Street,    Richmond, VA 23230
5820515   Cawthorn & Picard,PC,    8310 Midlothian Tpke,    Richmond, VA  23235
5820516   Chippenham Hospital/JW Hospital,    P.O. Box 13620,    Richmond, VA  23225
5820517   Chippenham Johnston Willis Hospitals,    500 Hioaks Road,    Richmond, VA 23225
5820518   Credit Collection Service,    Two Wells Ave,    Newton, MA 02459
5820519   Credit Protection Assoc.,    1355 Noel Road,    Dallas, TX 75240
5820520   Family Fun Magazine,    C/O North Shore Agency Inc,    PO Box 8901,    Westbury, NY 11590-8901
5820521   First Premier,    P.O. Box 5147,    Sioux Falls, SD 97117-5147
5820522   Grandmas Kitchen,    C/O International Masters,    PO Box 26596,    Pittsburgh, PA 15250-7498
5820523   Hanover County ,Treasurer,    P.O. Box 200,    Hanover, VA  23069
5820524   Joey Greens Magic Brands,    C/O Rodale Books,    PO Box 77031,    Emmaus, PA 18098
5820525   Kenneth Breitbart & Associates,    201 N. Charles Street, Suite 2200,    Baltimore, MD 21201-4126
5820526   Midwest Center for Stress,    C/O Fidelity Information Corp,    PO Box 1616,
           Pacific Palisades, CA 90272
5820527   Mystery Guild,    C/O Dymacol,    3070 Lawson Blvd,    PO Box 9017,    Oceanside, NY 11572-9017
5820528   North Shore Agency,    P.O. Box 8901,    Westbury, NY 11590
5820509   Office of the U.S. Trustee,    600 E Main Street, Ste 301,    Richmond, VA 23219
5820529   Oxmoor House,    P.O. Box 2463,    Birmingham, AL 35201
5820530   Patient First,    c/oReceivables Mangement Systems, Inc.,    P.O.Box 8630,    Richmond, VA 23226
5820532   Providian Financial,    P.O. Box  99604,    Arlington, TX 76096-9604
5820531   Providian Financial,    P.O. Box 9553,    Manchester, NH 03108-9553
5820533   Providian National Bank,    P.O. Box 660784,    Dallas, TX 75266
5820534   Radiology Associates of Richmond,    P.O.Box 13343,    Richmond, VA  23225
5820535   Richmond Ambulance,    C/O United Consumers,    PO Box 4466,    Woodbridge, VA 22194
5820536   Scholastic,    C/O North Shore Agency,    PO Box 8901,    Westbury, NY 11590
5820537   Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
5820538   Snap On Tools,    11341 Business Center Drive,    Richmond, VA  23236
5820539   Verizon,    P.O. Box 64809,    Baltimore, MD. 21264
6000793   Verizon,    c/o D&B/RMS,    PO Box 5126,    Timonium, MD. 21094
5820540   Virginia Heart Institute,    P.O.Box 6732,    Richmond, VA 23230
5820541   West End Petroleum Marketing,    8720 Forest Hill Ave,    Richmond, VA 23235
```

The following entities were served by electronic transmission on Mar 06, 2004 and receipt of the transmission was confirmed on:
```
5820532    EDI: PROVID.COM Mar 06 2004 08:04:00      Providian Financial,    P.O. Box  99604,
            Arlington, TX 76096-9604
5820531    EDI: PROVID.COM Mar 06 2004 08:04:00      Providian Financial,    P.O. Box 9553,
            Manchester, NH 03108-9553
5820533    EDI: PROVID.COM Mar 06 2004 08:04:00      Providian National Bank,    P.O. Box 660784,
            Dallas, TX 75266
5820539    EDI: AFNIVERIZONE.COM Mar 06 2004 08:04:00      Verizon,    P.O. Box 64809,    Baltimore, MD. 21264
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2004**          **Signature:** *Joseph Speetjens*